| | |
|---|---|
| 1 | Abraham J. Colman (SBN 146933) |
|   | Email: acolman@reedsmith.com |
| 2 | Judith T. Sethna (SBN 232731) |
|   | Email: jsethna@reedsmith.com |
| 3 | REED SMITH LLP |
|   | 355 South Grand Avenue, Suite 2900 |
| 4 | Los Angeles, CA  90071-1514 |
|   | Telephone:   +1 213 457 8000 |
| 5 | Facsimile:    +1 213 457 8080 |

Attorneys for Defendants
Synchrony Bank, formerly known as
GE Capital Retail Bank, and Care Credit, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SCOTT FARRELL, an individual, | No.: 14-cv-03941-RGK-JPR |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC; GE CAPITAL RETAIL BANK; CARECREDIT,LLC, and DOES 1 through 10 inclusive | Compl. Filed:  May 30, 2014 |
| Defendants. | Honorable R. Gary Klausner |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), Plaintiff Robert Farrell and Defendants Portfolio Recovery Associates, LLC, Synchrony Bank f/k/a as GE Capital Retail Bank, and CareCredit LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that the case in its entirety must be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: April 17, 2015

REED SMITH LLP

By  /s/ Judith T. Sethna
Judith T. Sethna
Attorneys for Defendants
Synchrony Bank, formerly known as GE Capital Retail Bank, and Care Credit, LLC

DATED: April 17, 2015

SIMMONDS & NARITA, LLP

By  /s /R. Travis Campbell
R. Travis Campbell
Attorneys for Defendant Portfolio Recovery Associates, LLC

DATED: April 17, 2015

GOLDEN & CARDONA-LOYA, LLP

By  /s/ Jeremy S. Golden
Jeremy S. Golden
Attorney for Plaintiff
Robert Scott Farrell